**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONERISON JIMENEZ, et al.,

                         Plaintiffs,

           -against-

VIP 1 PARTNERS LLC, et al.,

                       Defendants.
-----------------------------------------------------------------X

          **25-CV-08887 (VF)**

           **<ins>ORDER</ins>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on the mediation that was scheduled

for April 28, 2026 by **<ins>May 15, 2026</ins>**. If the mediation was unsuccessful, Defendants are directed

to file an answer to the complaint by **<ins>May 22, 2026</ins>**.

      **SO ORDERED.**

DATED:     New York, New York
           May 11, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge